## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL CIMINO** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 14-3461** |
| **v.** | : | |
| | : | |
| **AS SEEN ON TV, INC.,** | : | |
| **STEVEN A. ROGAI,** | : | |
| **and RONALD C. PRUETT, JR.** | : | |
| **Defendants.** | : | |

## ORDER

This 16th day of March, 2015, upon consideration of Defendants' Motion to Dismiss, Plaintiff's Response, Defendant's Reply, Plaintiff's Sur-Reply, and Defendant's Objection to Plaintiff's Sur-Reply, it is **ORDERED** as follows:

1. Count IV of Plaintiff's Complaint, alleging Breach of Contract and Covenant of Good Faith and Fair Dealing against ASTV is **NOT DISMISSED.**

2. Count V of Plaintiff's Complaint, alleging Tortious Interference with Contract against Defendant Pruett is **DISMISSED WITHOUT PREJUDICE.**

3. Count VI of Plaintiff's Complaint, alleging Violation of Section 10(b) and Rule 10b-5 against Defendant ASTV and Defendant Rogai is **DISMISSED WITH PREJUDICE.**

      /s/ Gerald Austin McHugh
United States District Court Judge